ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| | | |
|---|---|---|
| MARLENE IVETTE ANDRUSCAVAGE,<br><br>Recurrida,<br><br>v.<br><br>MILDRED ZAYAS, FULANO DE TAL y la sociedad de bienes gananciales por ambos compuesta; ASEGURADORA ABC; CONDOMINIO WASHINGTON 26; MAPFRE PUERTO RICO; y MENGANO DE TAL,<br><br>Recurrida,<br><br>IVELISSE ZAYAS MIRANDA,<br><br>Peticionaria. | KLCE202401164 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan.<br><br>Civil núm.: SJ2019CV08151.<br><br>Sobre: daños y perjuicios. |

Panel integrado por su presidenta, la juez Lebrón Nieves, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de octubre de 2024.

En esta misma fecha, la señora Ivelisse Zayas Miranda, codemandada en el pleito del título, presentó una petición de *certiorari* y una solicitud para que este Tribunal paralice el juicio pautado en este caso; cuya fecha de comienzo es el próximo martes, 29 de octubre de 2024. Arguye que el foro primario erró al no desestimar la demanda por falta de parte indispensable[1].

Examinados los escritos de la parte peticionaria, así como los documentos anejados al mismo, prescindimos de la comparecencia de la

---

[1] En particular, se refiere al esposo de la codemandada señora Mildred Zayas Miranda y a la sociedad legal de bienes gananciales compuesta por ambos.

Número identificador

RES2024_____

parte recurrida[2], y resolvemos **denegar** tanto la solicitud de paralización, como la expedición del recurso de *certiorari*[3].

Debe quedar meridianamente claro que la presente determinación no constituye una adjudicación en los méritos de la controversia planteada por la parte peticionaria, por lo que nada impide que pueda ser traída nuevamente ante nuestra atención, de así entenderlo pertinente la parte peticionaria, una vez culminado el juicio y por vía de apelación.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[2] Ello, conforme a la Regla 7(b)(5) del Reglamento de este Tribunal de Apelaciones, que nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho […]". *Véase*, 4 LPRA Ap. XXII-B.

[3] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.